# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
September 28, 2022

Lyle W. Cayce
Clerk

No. 21-11242
Summary Calendar

United States of America,

*Plaintiff—Appellee*,

*versus*

David Negus Cobourn,

*Defendant—Appellant*.

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:20-CR-383-1

Before Wiener, Elrod, and Engelhardt, *Circuit Judges*.

Per Curiam:*

The Federal Public Defender appointed to represent David Negus Cobourn has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Cobourn has filed responses and moved for the

---

* Pursuant to 5th Circuit Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Circuit Rule 47.5.4.

No. 21-11242

appointment of substitute counsel.  We have reviewed counsel's briefs and the relevant portions of the record reflected therein, as well as Cobourn's responses.  We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review.  Moreover, because the record is not sufficiently developed to allow us to make a fair evaluation of any claim that he received ineffective assistance of counsel, we decline to review such claims without prejudice to collateral review.  *See United States v. Isgar*, 739 F.3d 829, 841 (5th Cir. 2014).

Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED.  *See* 5TH CIR. R. 42.2.  Additionally, Cobourn's motions for appointment of substitute counsel are DENIED as untimely.  *See United States v. Wagner*, 158 F.3d 901, 902-03 (5th Cir. 1998).